David Kahn, Inc., appellant, v. Sales Stimulators, Inc., appellee. Gen. No. 38,454.

Opinion filed May 26, 1936.

Rudolph and Arthur E. Frankenstein, for appellant. Ryan, Condon & Livingston, for appellee; John M. Tuohy and David J. Greenberg, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Anton Bedner, defendant in error, v. Frank Kajer et al., defendants. Paul Holubek and Julia Holubek, plaintiffs in error. Gen. No. 38,463.

Opinion filed May 26, 1936. Rehearing denied June 12, 1936.

Jose Ward Hoover, for plaintiffs in error; Morton S. Cressy, of counsel. Edward Francis Herdlicka, for defendant in error.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Frank B. Arata, appellee, v. Fremont Gordon, appellant. Gen. No. 38,506.

Opinion filed May 26, 1936.

Henry Blumberg and A. Charles Lawrence, for appellant. Pritzker & Pritzker, for appellee; Richard Weinberger, of counsel.

Mr. Presiding Justice Scanlan delivered the opinion of the court.

Selma Conn, appellee, v. Chicago Musicians' Club, appellant. Gen. No. 38,528.

Opinion filed May 26, 1936.

Samuel Schein, for appellant; Roy S. Gaskill, of counsel. Blanksten & Lansing, for appellee.

Mr. Presiding Justice Scanlan delivered the opinion of the court.